IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRI-CITIES HOLDING, LLC,           )
  et al.                          )
                                  )
v.                                  ) NO. 3-14-1197
                                  ) JUDGE CAMPBELL
TENNESSEE ADMINISTRATIVE             )
PROCEDURES DIVISION, et al.          )

ORDER


    Pending before the Court is Plaintiffs' Motion for Preliminary Injunction (Docket No. 14).

The Magistrate Judge shall, in conjunction with the Initial Case Management Conference, set a

target date for a hearing on Plaintiffs' Motion and shall set briefing deadlines accordingly.

    IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE