IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRI-CITIES HOLDING, LLC, <br> et al. | ) <br> ) <br> ) |
| v. | ) NO. 3-14-1197 <br> ) JUDGE CAMPBELL |
| TENNESSEE ADMINISTRATIVE <br> PROCEDURES DIVISION, et al. | ) <br> ) |

ORDER

Pending before the Court is Defendants' Motion for Leave to File Reply Brief in Support of Motion for Change of Venue (Docket No. 32). The Motion is GRANTED, and the Clerk shall file the Reply brief attached to the Motion.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE