IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRI-CITIES HOLDING, LLC, et al. | ) ) ) |
| v. | ) NO. 3-14-1197 ) JUDGE CAMPBELL |
| TENNESSEE ADMINISTRATIVE PROCEDURES DIVISION, et al. | ) ) |

ORDER

Pending before the Court is Defendants' Motion for Change of Venue (Docket No. 19). For the reasons stated in the accompanying Memorandum, Defendants' Motion is GRANTED, and the Clerk is directed to transfer this case to the United States District Court for the Eastern District of Tennessee, Northeastern Division.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE