UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT
GREENEVILLE

**To:** James Anderson Dunlap, Jr

**Case No.:** 2:14-cv-233

| **General** |   |
|---|---|
| No payment submitted. |   |
| Amount due: |   |
| Attorney not admitted (See LR 83.5) |   |
| Attorney not registered for CM/ECF |   |
| **Complaints** |   |
| Cover sheet not included |   |
| Summons not completed or filled out improperly |   |
| Incorrect party name added |   |
| Incorrect party role |   |
| Incomplete name |   |
| Name in all caps |   |
| Address information should not have been entered |   |
| Incorrect cause of action chosen |   |
| Incorrect nature of suit chosen |   |
| Wrong division chosen |   |
| **Other filings -- Doc. No.:** 55 |   |
| Filed in wrong case |   |
| Wrong event used | ✓ |
| s/signature missing |   |
| Original signature not in compliance with ECF Rule 6 |   |
| Multi-part motion not selected |   |
| Attachment should be filed separately |   |
| Blank pages |   |
| Page orientation wrong |   |
| Discovery documents improperly filed (See FRCP 5(d)) |   |
| Proposed agreed order: joint motion required (See ECF Rule 4.9) |   |
| Copyright/Patent form not filed (See LR 3.1.1) |   |
| Other: |   |

**Action to be taken:**

Informational only: ✓