UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENVILLE

| | |
|---|---|
| Tri-Cities Holdings LLC, et al. | ) |
| Plaintiffs, | ) |
| v. | ) **Case No. 2:13-cv-00305-JRG-MCLC** |
| | ) Judge J. Ronnie Greer |
| Tennessee Health Service and Development Agency, et al. | ) Magistrate Judge Clifton L Corker |
| Defendants. | ) |
| Tri-Cities Holdings LLC, et al. | ) |
| Plaintiffs, | ) |
| v. | ) **Case No. Case No: : 2:14-cv-00233** |
| | ) Judge J. Ronnie Greer |
| Tennessee Health Service and Development Agency, et al. | ) Magistrate Judge Clifton L Corker |
| Defendants. | ) |

**STATUS REPORT**

COME NOW Plaintiffs Tri-Cities Holdings LLC ("TCH") , John Doe Nos. 1-6 and Jane Doe Nos. 1-2 (collectively "Plaintiffs") and file this Status Report as per the Court's Order (Doc. 54) as follows:

The parties continue to await the decision from the Tennessee Court of Appeals on TCH's administrative appeal of the denial of its Certificate of Need application that is stayed pending TCH's appeal of ALJ's March 14, 2014 revocation of TCH counsel's pro hac vice petition. The

appeal was argued before the Tennessee Court of Appeals on September 18, 2015.

Dated January 18, 2016.

**s/James A. Dunlap Jr.**
James A. Dunlap Jr. & Assoc. LLC
Georgia State Bar No.  003280
4403 Northside Parkway NW Suite 1413
Atlanta, Georgia  30327
404-354-2363
404-745-0195 (fax)
jim@jamesdunlaplaw.com


James S. Higgins, Esq. .  BPR # 16142
The Higgins Firm PLC
525 4th Ave S
Nashville, TN 37210
Phone (615) 353-0930
Fax (615) 467-2443
rdp@higginsfirm.com

Counsel for Plaintiffs

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2016, a copy of the foregoing document(s) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Sue A. Sheldon, Esq.
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202

Sara Elizabeth Sedgwick
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207

Kent Erickson Herrin, Esq.
Herrin, Booze & McPeak
515 E Unaka Avenue
Johnson City, TN 37601

Thomas J. Garland , Jr.
Milligan & Coleman PLLP
P O Box 1060
Greeneville, TN 37744-1060

**s/James A. Dunlap Jr.**
James A. Dunlap Jr., Esq.