# EXHIBIT 6

**Jim Dunlap (GMAIL)**

| | |
|---|---|
| **From:** | Jim Christoffersen <Jim.Christoffersen@tn.gov> |
| **Sent:** | Thursday, January 09, 2014 8:30 AM |
| **To:** | Jim Dunlap (GMAIL); D.Kim Summers |
| **Cc:** | Rick Piliponis |
| **Subject:** | RE: In re Tri-Cities Holdings |
| **Flag Status:** | Flagged |

Judge Summers:

I would say there have been new developments. I will file something explaining them, but it would probably serve little purpose to have a teleconference until then.

Jim Christoffersen
General Counsel
Tennessee Health Services and Development Agency
Andrew Jackson Bldg., 9th Fl.
502 Deaderick St.
Nashville, TN 37243

(615) 741-2364

---

**From:** Jim Dunlap (GMAIL) [jadunlapjr@gmail.com]
**Sent:** Wednesday, January 08, 2014 3:35 PM
**To:** D.Kim Summers
**Cc:** Jim Christoffersen; Rick Piliponis
**Subject:** Re: In re Tri-Cities Holdings

Judge Summers:

No new developments. Motion for Summary Judgement and Motions to Dismiss are pending. I would suggest another 60 day stay in our matter.

Thanks. Jim.

On Jan 8, 2014, at 4:26 PM, D.Kim Summers <D.Kim.Summers@tn.gov> wrote:

> Are there any new developments to report? If so, we will need to reschedule our conference call as I am now scheduled for hearing at 10 am on Friday. Thanks,
>
> Kim Summers
> Administrative Judge
> Administrative Procedures Division
> Tennessee Department of State
> William R. Snodgrass Tennessee Tower
> 312 Rosa L. Parks Ave. North, 8th Floor
> Nashville, TN 37243
>
> (615)253-3887
> FAX (615)741-4472
> email: D.Kim.Summers@tn.gov
>
> The Mission of the *Office of the Secretary of State* is to exceed the expectations of our customers, the taxpayers, by operating at the highest levels of accuracy, cost-effectiveness, and accountability in a customer-centered environment.
>
> The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is