IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TRI-CITIES HOLDINGS LLC, JANE DOE ) <br> NOS. 1-2, AND JOHN DOE NOS. 1-6, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TENNESSEE ADMINISTRATIVE PROCEDURES ) <br> DIVISION, D. KIM SUMMERS, in her official ) <br> Capacity as Administrative Law Judge, Tennessee ) <br> Administrative Procedures Division, TENNESSEE ) <br> DEPARTMENT OF STATE, TRE HARGETT, in ) <br> his official capacity as Tennessee Secretary of State, ) <br> TENNESSEE DEPARTMENT OF MENTAL ) <br> HEALTH AND SUBSTANCE ABUSE SERVICES, ) <br> and E. DOUGLAS VARNEY, COMMISSIONER, ) <br> in his official capacity as Commissioner of the ) <br> Tennessee Department of Mental Health and ) <br> Substance Abuse Services, ) <br> ) <br> Defendants. ) | Civil Action No. 2:14-cv-233 <br> Judge Greer |

---

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendants hereby move for entry of summary judgment in their favor upon all of Plaintiffs' claims against them. As described in the accompanying Memorandum of Law, there is no genuine dispute as to any material fact and the Defendants are entitled to judgment as a matter of law.

In support of their motion, the Defendants rely upon the entire record of this case, and particularly upon the documents, and portions of documents, that are cited in the accompanying

Memorandum of Law.  They also rely upon the Declaration of James B. Christoffersen and attachments to that declaration, which are being filed contemporaneously with this motion.

Respectfully submitted,

HERBERT H. SLATERY III
Tennessee Attorney General and Reporter

s/ Sue A. Sheldon
Sue A. Sheldon (TN BPR # 15295)
Senior Counsel
Sara E. Sedgwick (TN BPR # 4336)
Senior Counsel
Office of the Attorney General
P.O. Box 20207
Nashville, TN  37202
(615) 741-2640
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document, and of the contemporaneously filed Declaration of James B. Christoffersen, has been served on the following counsel of record through the Electronic Filing System on this 5th day of December, 2016:

James A. Dunlap, Jr.
James A. Dunlap Jr. & Associates LLC
4403 Northside Parkway NW Suite 1413
Atlanta, Georgia 30327
jim@jamesdunlaplaw.com

James S. Higgins
The Higgins Firm PLLC
525 4th Ave. South
Nashville, Tennessee 37210
jsh@higginsfirm.com

s/Sue A. Sheldon
SUE A. SHELDON
